IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN THE MATTER OF:                                           CHAPTER 7, CASE NO. 19-10067-SDB
Susan Marie Jones
                  Debtor(s)                           TRUSTEE'S FILE NO.

### TRUSTEE'S REPORT OF INVENTORY AND REPORT OF ABANDONMENT OF PROPERTY

| | VALUE | CLAIMED AS EXEMPTION | ABANDONED |
|---|---|---|---|
| **Real Estate** | | | |
| 2605 New Hope Circle Hephzibah GA 30815-0000 Richmond | $ 195,825.00 | $ | |
| **Cars, vans, trucks, tractors, SUV's, motorcycles** | | | |
| 2004 Toyota Sienna mileage: 190,000 | $ 3,500.00 | $ 3,500.00 | |
| **Watercraft, aircraft, motor homes, ATVs/rec. vehicles** | | | |
| **Household Goods/Furnishings** | $ 4,780.00 | $ 130.00 | |
| **Electronics** | $ 0.00 | $ 0.00 | |
| **Collectibles of value** | $ | $ | |
| **Equipment for sports and hobbies** | | | |
| **Firearms** | | | |
| Clothes (Includes furs, designer wear, shoes, accessories) | $ 350.00 | $ 350.00 | |
| **Jewelry** | $ | $ | |
| **Non-farm animals** | | | |
| 8 y/o mixed breed female dog | $ 25.00 | $ 25.00 | |
| **Cash on Hand** | $ | $ | |
| **Deposits in banks, etc.** | | | |
| Wells Fargo | $ 500.00 | $ 500.00 | |
| **Stocks/Bonds** | | | |
| **Business Interests** | | | |
| **Pension/Retirement** | | | |
| State of Georgia (ERSGA - undistributed funds) | $ 0.00 | $ 0.00 | |
| ERSGA | $ 12,607.39 | $ 12,607.39 | |
| **Licenses, franchises, and other general intangibles** | | | |
| **Insurance Policies** | | | |
| Ameriprise Financial term life insurance ($75,000 face value) | $ 0.00 | $ 0.00 | |
| **Tax Refunds** | $ | $ | |
| **Accounts Receivable** | | | |
| **Contingent Claims of Every Nature** | | | |
| **Office Equipment** | | | |
| **Machinery/Equipment** | | | |
| **Inventory** | | | |

| | | |
|---|---|---|
| Farm or Comm. Fishing Equip./Supplies/Farm animals | $ | $ |

Other Personal Property of Any Kind

    NOW COMES, Joseph E. Mitchell, III, Trustee of the estate of the above-named debtor(s) and files this report of inventory and abandonment with respect to the property of the bankruptcy estate.

Dated: 02/27/19

Joseph E. Mitchell, III, Trustee